[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 28, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-12167
Non-Argument Calendar

_____

D. C. Docket No. 06-00457-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGEL CANALES-REYES,

Defendant-Appellant.

_____

No. 07-12168
Non-Argument Calendar

_____

D. C. Docket No. 07-00031-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGEL CANALES-REYES,

Defendant-Appellant.

_____

Appeals from the United States District Court for the
Northern District of Florida
_____

**(November 28, 2007)**

Before TJOFLAT, BLACK and MARCUS, Circuit Judges

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Angel Canales-Reyes in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Canales-Reyes's conviction and sentence are **AFFIRMED**.